AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Kevin W. Tobin

V.

**SUMMONS IN A CIVIL ACTION**

Liberty Life Assurance Company of Boston
and Liberty Mutual Insurance Company   CASE NUMBER:

## 05-11179 DPW

TO: (Name and address of Defendant)  Liberty Mutual Insurance Company
175 Berkeley Street, Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frank J. Frisoli, Esq., Frisoli & Frisoli, 797 Cambridge Street, Cambridge, MA  02141

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



...TON                               June 7 2005

CLERK                                DATE

(By) DEPUTY CLERK

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 7-25-05 |
| NAME OF SERVER (PRINT) ALBERT T DARLING | TITLE | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
IN HAND TO DANA MCCLOSKEY MANAGER OF LIBERTY MUTUAL ASSURANCE CO OF BOSTON

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $20.00 | $20.00 | ~~$0.00~~ 40.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-25-05
           Date

Signature of Server

66 FAYETTE STREET CAMB, MASS
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.