UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN W. TOBIN,<br>    Plaintiff<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON and<br>LIBERTY MUTUAL<br>INSURANCE COMPANY,<br>    Defendants | Civil Action No. 05-11179DPW |

**PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO
STRIKE JURY CLAIM**

The First Circuit has not yet definitively decided whether plaintiffs in ERISA actions are entitled to a jury trial. Gentile v. John Hancock Mutual Life Insurance Company, 951 F. Supp 284, 290 (D.Mass.1997).

Because actions to recover benefits due under the terms of a plan are legal in nature, some courts have permitted jury trials on ERISA claims. JOHN F. ADKINS AND NANCY S. SHILEPSKY, MASSACHUSETTS EMPLOYMENT LAW, § 19.6.7 (2003).

In addition, Tobin has asserted a breach of contract claim and to the degree that the breach of contract claim survives, Tobin should be entitled to a jury trial on that claim.

Finally, where there are issues of fact in dispute, e.g. the actual termination date of the plaintiff, the plaintiff should be provided a jury to adjudicate any factual disputes.

For the foregoing reasons, the motion of the defendants should be denied.

Respectfully submitted,
KEVIN W. TOBIN
By his attorney,

Dated: August 29, 2005

_____
Frank J. Frisoli, Esq.
BBO #180440
Frisoli & Frisoli
797 Cambridge Street
Cambridge, MA 02141
617-354-2220

CERTIFICATE OF SERVICE

I, Frank J. Frisoli, hereby certify that a true copy of the above document was served upon the attorney of record for the Defendants by mailing a true copy to Richard E. Bowman, Esq., Rose & Associates, 29 Commonwealth Avenue, Boston, MA 02216 via U.S. first class postage pre-paid mail this day.

_____                Date: August 29, 2005
Frank J. Frisoli