UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN W. TOBIN,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON and<br>LIBERTY MUTUAL<br>INSURANCE COMPANY,<br><br>    Defendants. | Civil Action No. 05 CV 11179DPW |

## NOTICE OF APPEARANCE

Please notice the appearance of Richard E. Bowman of Rose & Associates as counsel for Defendants Liberty Life Assurance Company of Boston and Liberty Mutual Insurance Company in the above-referenced matter. Alan D. Rose will continue as counsel for Defendants as well.

Respectfully submitted,

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON and
LIBERTY MUTUAL
INSURANCE COMPANY,

By their attorney,

Richard E. Bowman (BBO# 645245)
ROSE & ASSOCIATES
29 Commonwealth Avenue
Boston, MA  02116
Tel: 617-536-0040
Fax: 617-536-4400

Date: August 30, 2005