UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN W. TOBIN,<br>    Plaintiff<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON and<br>LIBERTY MUTUAL<br>INSURANCE COMPANY,<br>    Defendants | Civil Action No. 05-11179DPW |

STIPULATION OF DISMISSAL

Now comes the plaintiff in the above entitled matter and stipulates to the dismissal of said action with prejudice.

Respectfully submitted,
KEVIN W. TOBIN
By his attorney,

Dated: September 22, 2005

__/s/_Frank J. Frisoli_
Frank J. Frisoli, Esq.
BBO #180440
Frisoli & Frisoli
797 Cambridge Street
Cambridge, MA 02141
617-354-2220