# Rose & Associates

COUNSELLORS AT LAW

29 COMMONWEALTH AVENUE
BOSTON • MASSACHUSETTS • 02116
www.rose-law.net

ALAN D. ROSE
MICHAEL L. CHINITZ
ALAN D. ROSE, JR.
RICHARD E. BOWMAN
MICHAEL J. MOTT

TEL: 617/ 0040
FAX: 617/ 4400

FILED
IN CLERKS OFFICE

2005 SEP 28 A 10:49

U.S. DISTRICT COURT
DISTRICT OF MASS.

September 28, 2005

**BY HAND DELIVERY**

Ms. Michelle Rynne
Courtroom Clerk to the Hon. Douglas P. Woodlock
Courtroom 1, 3rd Floor
United States District Court
One Courthouse Way
Boston, MA  02110

   Re:  *Kevin W. Tobin v. Liberty Life Assurance Co. of Boston et al.,*
        Civil Action No. 05-11179 DPW

Dear Ms. Rynne:

   This is to inform you that as a result of Plaintiff Kevin Tobin's dismissal of his claims the above referenced case, Defendants Liberty Life Assurance Co. of Boston and Liberty Mutual Insurance Co. hereby withdraw their *Motion for Costs, Fees and Sanctions under Fed. R. Civ. 11 and 28 U.S.C. §1927* filed on September 22, 2005.

   Thank you for your attention to this matter.

                                                Very truly yours,

                                                Richard E. Bowman

REB/mct
cc   Frank J. Frisoli, Jr.  (by facsimile and mail)